UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHERRE DAWN ELLENDER

VERSUS

GLORIA SIMS, ET AL.

CIVIL ACTION

NO. 07-205-JJB

## RULING AND ORDER

The court has carefully considered defendants' motion for summary judgment (doc. 20) and the briefs of the parties, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated January 17, 2007 (doc. no. 32). Plaintiff has filed an objection to the report, which has also been given due consideration.

The magistrate judge's findings of fact and conclusions of law are clearly correct. There is no merit to plaintiff's objection. The report and recommendation is hereby APPROVED and ADOPTED as the court's reasons herein. Accordingly;

IT IS ORDERED that defendants' motion for summary judgment be GRANTED and that action will be dismissed.

Baton Rouge, Louisiana, <u>February 7, 2007</u>.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA